ALBERT B. KAHN, JR., ETC. v. EDWARD S. KAHN.

April 19, 1989.

Petition for certification denied.

EDWARD ELLIOTT DRAKE, ET AL. v. ARLAN SEIDON, ETC.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAMON VENABLE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE E. ROLON.

April 19, 1989.

Petition for certification denied.